ROSE INNACO *v.* PETER PETERSON ET AL.
(10893)

LAVERY, LANDAU and HEIMAN, Js.
Argued January 8—decision released February 2, 1993

*John A. Florek,* for the appellants (defendants).
*Stephen B. Alderman,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

MARTY PHILLIPS *v.* DAVID MCDERMOTT
CHEVROLET, INC.
(11243)

DUPONT, C. J., DALY and FOTI, Js.
Argued January 8—decision released February 2, 1993

*Kenneth Wynne Bohonnon,* for the appellant (defendant).
*Joanne S. Faulkner,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.